# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GARY SALCEDO,<br><br>    Petitioner,<br><br>v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>    Respondent. | No. CV 10-3882-GHK (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 9/13/13

                                  HONORABLE GEORGE H. KING
                                  CHIEF UNITED STATES DISTRICT JUDGE