**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GARY SALCEDO, | No. CV 10-3882-GHK (PLA) |
|       Petitioner, | **JUDGMENT** |
|    v. | |
| ANTHONY HEDGPETH, Warden, | |
|       Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the Second Amended Petition in this matter is denied and dismissed with prejudice.

DATED: 9/13/13

_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE